*mch*
CEM/EH: USAO# 2026R00104

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** BAH 26cr 151 |
| v. | (Receipt and Distribution of Child Pornography, 18 U.S.C. § 2252(a)(2); Possession of Child Pornography, 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2); Forfeiture, 18 U.S.C. § 2253) |
| **TARIF JAHMIL ALSTON,** | |
| **Defendant.** | |

## INDICTMENT

### COUNTS ONE TO FIVE
(Receipt of Child Pornography)

The Grand Jury for the District of Maryland charges:

On or about the dates listed below, each instance being a separate count, in the District of Maryland, the defendant,

**TARIF JAHMIL ALSTON,**

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which visual depiction involved the use of a minor engaged in sexually explicit conduct and which visual depiction was of such conduct. That is, **ALSTON** used the BitComet program on his Samsung Galaxy A15 5G, Model SM-A156U, IMEI 352271526842209, manufactured outside of the United States, to knowingly receive visual depictions of prepubescent minors engaging in sexually explicit conduct:

| Count | Date | Descriptions |
|-------|------|--------------|
| 1 | September 20, 2025 | At least 1000 images, including image files titled, "Video3_484.mkv.jpg" and "Video3_526.avi.jpg," that depict prepubescent females engaged in sex acts and sexual contact. |
| 2 | January 14, 2026 | At least 50 images, including image files titled, "009cw1nc4.jpg" and "145.jpg," that depict the exposed genitals of prepubescent females. |
| 3 | January 15, 2026 | At least 25 images, including 2 image files titled, "djus3z32qb5.jpg" and "154.jpg," that depict the exposed genitals of minor females. |
| 4 | January 19, 2026 | At least 100 images, including image files titled, "falkoimage038.jpg" and "1730.jpg," that depict prepubescent females engaged in sex acts with adult males. |
| 5 | January 23, 2026 | At least 10 images, including image files titled, "1785.jpg" and "1789.jpg" that depict prepubescent females engaged in sex acts. |

18 U.S.C. § 2252(a)(2) and 2256

## COUNTS SIX AND SEVEN
(Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges:

On or about the dates listed below, each instance being a separate count, in the District of

Maryland, the defendant,

**TARIF JAHMIL ALSTON,**

did knowingly distribute any visual depicting using any means and facility of interstate and foreign

commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign

commerce, and which contained materials which had been so mailed, shipped, and transported by

any means including by computer, the production of which involved the use of a minor engaged

in sexually explicit conduct, as defined in Title 18 United States Code Section 2256(2), and such

depicting being of such conduct, that is **ALSTON** used the BitComet program on his Samsung

Galaxy A15 5G, Model SM-A156U, IMEI 352271526842209, manufactured outside of the United

States, to knowingly distribute visual depictions of prepubescent minors engaging in sexually

explicit conduct:

| Count | Date | Descriptions |
|-------|------|--------------|
| 6 | January 23, 2026 | At least 500 images 1 video, including image files titled, "Video1_594.avi.jpg" and "Video3_131.MOV.jpg," that depict prepubescent females engaged in sex acts and sexual contact. |
| 7 | January 27, 2026 | At least 50 images and 2 videos, including image files titled, "10746913_647899718656995_188130084_o_ro.jpg" and "1677.jpg" that depict the exposed genitals of prepubescent females. |

18 U.S.C. §§ 2252(a)(2) and 2256

3

## COUNT EIGHT
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges:

On or about January 28, 2026, in the District of Maryland, the defendant,

**TARIF JAHMIL ALSTON,**

knowingly possessed any material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, a Samsung Galaxy A15 5G, Model SM-A156U, IMEI 352271526842209, manufactured outside of the United States, containing one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B), (b)(1)

## SPECIAL ALLEGATION

The Grand Jury for the District of Maryland further charges that:

Prior to January 2026, the defendant,

## TARIF JAHMIL ALSTON,

had a prior conviction under the law of any State relating to aggravated sexual abuse, sexual abuse, and abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, and transportation of child pornography. On or about May 4, 2006, in the Circuit Court for Baltimore County, in Criminal Case Number: 03-K-06-000295, the defendant was convicted of Sex Offense Second Degree in violation of Maryland Code, Article 27 § 464A (2002).

18 U.S.C. §§ 2251(e), 2252(b), and 2252A(b)(1), (2)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions on any of the offenses charged in Counts One to Eight of this Indictment.

### Child Exploitation Forfeiture

2.      Upon conviction of any of the offenses set forth in Counts One to Eight of this Indictment, the defendant,

**TARIF JAHMIL ALSTON,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a.      any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

b.      any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

c.      any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

### Property Subject to Forfeiture

3.      The property to be forfeited includes, but is not limited to, the following items seized from the defendant's residence in Baltimore, Maryland, on or about January 28, 2026:

a.   Samsung Galaxy A15 5G, Model SM-A156U, IMEI 352271526842209.

6

**Substitute Assets**

4.    If any of the property described above, as a result of any act or omission of the defendant:

        a.        cannot be located upon the exercise of due diligence;

        b.        has been transferred or sold to, or deposited with, a third party;

        c.        has been placed beyond the jurisdiction of the Court;

        d.        has been substantially diminished in value; or

        e.        has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_Kelly O Hayes /PSM_
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
FOREPERSON

_4/29/26_
Date